# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE D. HERNANDEZ, | Case No.  1:26-cv-02995-JLT-SAB |
| Plaintiff, | ORDER VACATING JUNE 3, 2026 HEARING ON MOTION TO DISMISS |
| v. | (ECF No. 5) |
| FRESNO POLICE DEPARTMENT, | |
| Defendant. | |

Plaintiff, who is proceeding *pro se*, brings claims arising from allegations that Defendant failed to maintain accurate records.  (ECF No. 1.)  On April 27, 2026, Defendant filed a motion to dismiss.  (ECF No. 5.)  On April 29, 2026, Plaintiff filed an opposition to the motion (ECF No. 8), and on May 8, 2026, Defendant filed a reply.  (ECF No. 9.)

The Court has reviewed the motion to dismiss and has determined that the motion is suitable for disposition without a hearing.  Accordingly, the Court will take the matter under submission and issue its ruling in due course.  Thus, the Court hearing set for June 3, 2026 is VACATED, and the parties will not be required to appear at that time.

IT IS SO ORDERED.

Dated:   **May 13, 2026**

_____
STANLEY A. BOONE
United States Magistrate Judge